IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEY CRAWFORD § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:17-cv-00101 |
| § | |
| WAL-MART STORES TEXAS, LLC § | |

**FIRST AMENDED COMPLAINT**

Ashley Crawford (hereinafter "Plaintiff") complains of Wal-Mart Stores Texas, LLC and would respectfully show the Court the following:

**I.**

**Nature of Action**

1.      Plaintiff suffered injury to several parts of her body as a result of a slip and fall on Defendant's premises.

**II.**

**Jurisdiction and Venue**

2.      The claims asserted arise under the common law of Texas.

3.      The Court has jurisdiction in this matter because Plaintiff's damages are within its jurisdictional limits. Venue is proper and maintainable in this division.

**III**.

**Statement Regarding Monetary Relief Sought**

4.      Plaintiff seeks monetary relief between $200,000 and $1 million. Discovery has just commenced and, therefore, Plaintiff reserves the right to supplement in accordance with the Federal Rules of Civil Procedure.

1

## IV.

### Discovery Level

5. Discovery in this matter shall be conducted in accordance with the Court's scheduling order.

## V.

### Parties

6. Plaintiff is a resident of Texas.

7. Defendant Wal-Mart Stores Texas, LLC is an Arkansas Corporation that may be served through its registered agent CT Corporation, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136.

## VI.

### Facts

8. On or about August 6, 2016, Plaintiff was injured while walking through the aisles at the Wal-Mart store in Crosby, Texas. Specifically, Plaintiff slipped and fell on a brown liquid that was left on the aisles. There were no warning or wet floor signs at the time Plaintiff fell. As a result of the incident, Plaintiff suffered significant injuries.

## VII.

### Causes of Action

9. Plaintiff repeats and realleges each allegation contained above.

10. Plaintiff sustained injuries because of Defendant's negligence in failing to remedy a dangerous condition of which it knew or should have known about.

11. As a result of Defendant's negligence, Plaintiff sustained substantial injuries. Further, Plaintiff has sustained a loss of past and future earnings, as well as medical bills and other damages, including but not limited to pain and mental anguish.

### A. *Premises Liability*

12. Defendant owned, occupied and/or controlled the area where Plaintiff was injured.

13. The condition of the area where Plaintiff was injured posed an unreasonable risk of harm, and Defendant had actual knowledge or reasonably should have known of the unreasonably dangerous condition. Moreover, Plaintiff did not have actual knowledge of the unreasonably dangerous condition.

14. Plaintiff was an invitee who entered Defendant's premises with Defendant's knowledge and for Defendant's benefit. Defendant had a duty to either warn Plaintiff of this unreasonably dangerous condition, or make the unreasonably dangerous condition reasonably safe. Defendant breached this duty by failing to warn Plaintiff of this known unreasonably dangerous condition and by failing to make the unreasonably dangerous condition reasonably safe.

15. Defendant's breaches of its duties proximately caused Plaintiff's injuries.

## VIII.

## Jury Trial

16. Plaintiff hereby requests a trial by jury on all claims and submits her jury fee herewith.

## IX.

## <u>Prayer</u>

Plaintiff prays for relief and judgment, as follows:

- Compensatory damages against Defendant;

- Actual damages;

- Past and future medical damages;

- Past and future loss of earning capacity;

- Past and future Physical Pain and suffering;

- Past and future impairment;

- Past and future disfigurement;

- Past and future mental anguish;

- Interest on damages (pre- and post-judgment) in accordance with law;

Respectfully submitted,

**PIERCE SKRABANEK PLLC**

*/s/ M. Paul Skrabanek*
_____
M. Paul Skrabanek
Texas Bar No. 24063005
SDTX No. 919474
paul@pstriallaw.com
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: 832-690-7000
Facsimile: 832-616-5576

OF COUNSEL:
Michael E. Pierce
Texas Bar No. 24039117
SDTX No. 597900
michael@pstriallaw.com
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: 832-690-7000
Facsimile: 832-616-5576

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, and that this instrument is therefore available for viewing and downloading from the Court's ECF system.

*/s/ M. Paul Skrabanek*___
M. Paul Skrabanek